# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Darrell James Chatterton**
       Plaintiff(s)

   vs.                                     **CASE NUMBER: 5:23-cv-647 (DNH/DJS)**

**Commissioner of Social Security**
       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Joint Stipulation and ORDER FOR REMAND pursuant to the fourth sentence of 42 U.S.C. Section 405(g) re 10 Stipulation filed by Darrell James Chatterton.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated August 24, 2023.

DATED: August 24, 2023

*[Signature]*
Clerk of Court

                                          s/Kathy Rogers
                                          Deputy Clerk