**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**(SYRACUSE)**

| | | |
|---|---|---|
| **Darrell James C.,** | ) | 5:23-cv-00647-DNH-DJS |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | **Joint Stipulation for EAJA Fees** |
| | ) | **(Document Filed Electronically)** |
| | ) | |
| **Commissioner of Social Security,** | ) | |
| *Defendant*. | | |

**STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**

**IT IS HEREBY STIPULATED** by and between Jason P. Peck, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Howard Olinsky, Esq., attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$1,262.23,** pursuant to the EAJA, 28 U.S.C. § 2412. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: November 27, 2023

By:*/s/ Jason P. Peck*

Jason P. Peck
Special Assistant U.S. Attorney
Office of Program Litigation – 2
Office of the General Counsel
Social Security Administration
Phone:  (212) 264-2493
Duty station time zone:  Eastern
jason.peck@ssa.gov

By:  /s/

Howard D. Olinsky
Olinsky Law Group
250 South Clinton Street - Suite 210
Syracuse, NY 13202
315-701-5780
Fax: 315-701-5781
Email: holinsky@windisability.com

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 11-28-2023